# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARTHUR GARCIA, | No. CV 17-00814-GW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: December 6, 2019

GEORGE H. WU
United States District Judge